UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| ANNIE MASON BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  8:10-CV-00497-JMC |
| | ) | |
| vs. | ) | |
| | ) | |
| SALLIE MAE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT SALLIE MAE'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY TO ORDER GRANTING MOTION TO STAY[1]

Defendant Sallie Mae, Inc. ("Sallie Mae"), seeks leave to file the brief sur-reply to Plaintiff's Reply to Order Granting a Motion to Stay, attached as Exhibit 1, to correct certain factual inaccuracies contained in the Reply which Sallie Mae cannot leave unanswered.[2] Those inaccuracies concern: (1) the fact that Plaintiff had not scheduled most depositions to date in this matter before the parties' agreement to a stay pending mediation; (2) the fact that Sallie Mae does not control the deponents sought by Plaintiff in India; (3) Defendant has not insisted that depositions take place in Delaware but has been flexible with location and date; (4) Defendant has not been "truculent" in cooperating with discovery, but rather has worked diligently to meet Plaintiff's demands.

---

[1] Pursuant to Local Rule 7.04, it is submitted that this document contains a full explanation of the issues so that a separate memorandum would be superfluous and would serve no useful purpose.

[2] Counsel for Sallie Mae conferred with counsel for Benson on Tuesday, December 14, 2010, regarding the subject of this Motion. Benson does not object to Sallie Mae filing a sur-reply.

1

Dated this 14th day of December, 2010.

          Respectfully submitted,

          By:    s/ Peter B. Murphy
                   Peter B. Murphy(Fed. I.D. #9917)

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
300 North Main Street
Post Office Box 2757
Greenville, South Carolina   29602
Telephone:     (864) 271-1300
Facsimile:     (864) 235-4754
E-Mail:        Peter.Murphy@odnss.com

and

Bonnie L. Martin (admitted *pro hac vice*)
(Indiana No. 20248-18)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN   46204
Telephone:     (317) 916-1300
Facsimile:     (317) 916-9076
E-Mail:        Bonnie.Martin@odnss.com

          Attorneys for Defendant Sallie Mae, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2010, I electronically filed the foregoing **DEFENDANT SALLIE MAE'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY TO ORDER GRANTING MOTION TO STAY** with the Clerk of Court using the CM/ECF system, and that a copy has been electronically served via CM/ECF on

>Penny Hays Cauley, Esq.
>HAYS CAULEY, P.C.
>549 West Evans Street, Suite E
>Florence, SC 29501
>
>Leonard A. Bennett, Esq.
>CONSUMER LITIGATION ASSOCIATES
>12515 Warwick Boulevard
>Suite 100
>Newport News, VA 23606

>By: s/ Peter B. Murphy
>Peter B. Murphy

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
300 North Main Street
Post Office Box 2757
Greenville, South Carolina  29602
Telephone:    (864) 271-1300
Facsimile:    (864) 235-4754
E-Mail:  Peter.Murphy@odnss.com

and

Bonnie L. Martin (admitted *pro hac vice*)
(Indiana No. 20248-18)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN  46204
Telephone:    (317) 916-1300
Facsimile:    (317) 916-9076
E-Mail:  Bonnie.Martin@odnss.com      Attorneys for Defendant
                                      Sallie Mae, Inc.

9563449.2 (OGLETREE)

8:10-cv-00497-JMC     Date Filed 12/14/10     Entry Number 47     Page 4 of 4